GEORGE McCABE, a Citizen resident and taxpayer of Fruitland Park, Lake County, Florida, v. THE TOWN OF FRUITLAND PARK, Lake County, Florida, etc., and KENNETH W. HANSON, as Mayor; E. N. HALL, as Clerk, Treasurer, Assessor, and Collector; and BEVERLY GRIZZARD, L. M. HOLLOWAY, D. E. JACOBS, KENNETH L. CASSON, HAROLD DAVENPORT, H. ALVIN HILL, and E. A. RUSER, Councilmen respectively of the TOWN OF FRUITLAND PARK, FLORIDA.

36 So. (2nd) 449                               June Term, 1948
July 20, 1948                                  Division A

PER CURIAM:
  Affirmed.

JOHN LAWSEN and CARL HANSEN v. JOSEPH PATTI, commonly called JOE PATTI.

36 So. (2nd) 449                               June Term, 1948
July 20, 1948                         Special Division B

PER CURIAM:
  Affirmed.

BEN DANBAUM, INC., and HARTFORD ACCIDENT and INDEMNITY COMPANY v. JOHN D. WALSH and FLORIDA INDUSTRIAL COMMISSION.

36 So. (2nd) 449                               June Term, 1948
July 23, 1948                                   En Banc

PER CURIAM:
  Affirmed.

EARL POPE, HOWARD JOHNSON, GAME CHANCEY AND OTIS KENNEDY v. STATE OF FLORIDA.

36 So. (2nd) 760                               June Term, 1948
July 30, 1948                                   En Banc

PER CURIAM:
  Affirmed.

JOSEPH PATTI, commonly called JOE PATTI, v. CLYDE RICHBURG, et al.

36 So. (2nd) 760                               June Term, 1948
July 30, 1948                                   En Banc

PER CURIAM:
  Affirmed.